IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                           **Case No. 10-40055-02-RDR**

MARCELLINO TOSCANO-BURGUENO,

        Defendant.

## **O R D E R**

This matter is presently before the court upon defendant's motion to continue sentencing. The defendant seeks to continue his sentencing for two weeks from the presently scheduled date, January 28, 2011. Defense counsel notes that other litigation has prevented her from reviewing the presentence report with the defendant. The defendant states that the government has no objection to this motion.

For the reasons stated, the court shall grant this motion. The court shall continue the sentencing to February 11, 2011 at 11:00 a.m.

**IT IS THEREFORE ORDERED** that defendant's motion to continue sentencing (Doc. # 50) be hereby granted. The sentencing shall be continued to February 11, 2011 at 11:00 a.m.

**IT IS SO ORDERED.** Dated this 26th day of January, 2011 at Topeka, Kansas.

                                      s/Richard D. Rogers
                                      United States District Judge