IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                               **Case No. 10-40055-02-RDR**

MARCELLINO TOSCANO-BURGUENO,

        Defendant.

## **O R D E R**

This matter is presently before the court upon defendant's motion to continue sentencing. The defendant seeks to continue his sentencing for two weeks from the presently scheduled date, February 11, 2011. Defense counsel notes that other litigation has prevented her from reviewing the presentence report with the defendant. The defendant states that the government has no objection to this motion.

For the reasons stated, the court shall grant this motion. The court shall continue the sentencing to February 24, 2011 at 9:30 a.m. This is the second time that the court has continued the defendant's sentence. The court expects no further continuances in this matter.

**IT IS THEREFORE ORDERED** that defendant's motion to continue sentencing (Doc. # 59) be hereby granted. The sentencing shall be continued to February 24, 2011 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated this 11th day of February, 2011 at Topeka, Kansas.

        s/Richard D. Rogers
        United States District Judge